NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3194

JANET E. JONES,

Petitioner,

v.

MERIT SYSTEMS PROTECTION BOARD,

Respondent.

Petition for review of the Merit Systems Protection Board in DE4324080396-I-1.

ON MOTION

Before MAYER, Circuit Judge.

ORDER

The Department of the Air Force moves to reform the official caption to designate the Merit Systems Protection Board as respondent.

Jones filed an appeal alleging that the Air Force did not hire her for a military passenger terminal clerk position in violation of the Uniformed Services Employment and Reemployment Rights Act of 1994 (USERRA). The Board concluded that it did not have jurisdiction over Jones' claim, finding that she did not allege that she was not hired due to her military service.

Pursuant to 5 U.S.C. § 7703(a)(2), the Board is designated as the respondent when the Board's decision concerns the procedure or jurisdiction of the Board. In this

case, the Board dismissed the appeal for lack of jurisdiction. Thus, the Board is the proper respondent in this petition for review.

Accordingly,

IT IS ORDERED THAT:

(1)     The motion to reform the official caption is granted. The revised official caption is reflected above.

(2)     The Board's brief is due within 21 days of the date of filing of this order.

FOR THE COURT

JUL 21 2009
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:     Janet E. Jones
        Austin M. Fulk, Esq.
        Jeffrey Gauger, Esq. (copy of Jones' informal brief enclosed)

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 2 1 2009

JAN HORBALY
CLERK

2009-3194                                    2